IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| In Re: | Case No. 09-15753-NLJ |
|---|---|
| MOORE, JEFFREY WILLIAM<br>MOORE, CHRISTY ANNE<br><br>    Debtors. | Chapter 7 |

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

    ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

    The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CLAIMANT/ADDRESS | AMOUNT |
|---|---|---|
| 000002A | Oklahoma Tax Commission<br>Legal Division<br>120 N. Robinson, Suite 200W<br>Oklahoma City, Oklahoma 73102-7801 | $3.92 |

**TOTAL**                                                                                                                     **$3.92**

DATED: February 7, 2011

                                          /s/ Robert A. Brown
                                          ROBERT A. BROWN, Trustee
                                          123 WEST 7TH AVENUE, SUITE 102
                                          STILLWATER, OK  74074
                                          405.377.8185
                                          bob@bobbrownattorney.com

REMITTED TO COURT

BANK OF AMERICA, N.A.

CHECK NUMBER
3013

ROBERT A. BROWN, TRUSTEE
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK 74074

32-1/1110 TX
0

DATE: 02/07/11
AMOUNT: ************3.92

1876163
PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-15753   NLJ | Debtor: MOORE, JEFFREY WILLIAM<br>~~Joint Debtor: MOORE, CHRISTY ANNE~~ |

GRANT E PRICE
CLERK OF THE COURT
U S BANKRUPTCY COURT
215 DEAN A MCGEE AVE
OKLAHOMA CITY OK 73102

*Three Dollars And 92/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003013⑈ ⑆111000012⑆ ▓▓▓▓1781⑈

| Date: 02/07/11 | Check Number: 3013 | Amount: 3.92 |
|---|---|---|
| Case Number: 09-15753   NLJ<br>Debtor Name: MOORE, JEFFREY WILLIAM<br>SSN: ▓▓▓-▓▓-9870 | | |
| Paid To: GRANT E PRICE<br>CLERK OF THE COURT<br>U S BANKRUPTCY COURT<br>215 DEAN A MCGEE AVE<br>OKLAHOMA CITY OK 73102 | Trustee: ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 | |
| Description:  REMITTED TO COURT | | |
| Bank Account Number: ▓▓▓▓1781 | | |